Cv 00-2651 RHK/SRN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **February 1, 2002. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: September 7, 2001.

FILED SEP 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

| | | |
|---|---|---|
| 1. | **Darryl Turnipseed** | **Loren Dorshow**<br>**612-529-3333** |
| | **vs CV 00-1508 RHK/SRN**<br>**JURY** | |
| | **City of Minneapolis, etal** | **Peter Ginder**<br>**612-673-2010** |
| 2. | **Mid-Continent Engineering Inc., etc.** | **Kurtis Greenley**<br>**612-371-3211** |
| | **vs CV 00-935 RHK/JMM**<br>**JURY** | |
| | **Parfuse Corporation etal** | **Jeffrey Bouslog**<br>**612-607-7000**<br>**Jacqueline Moen**<br>**612-338-1838** |
| 3. | **Patricia A. Crumley** | **Larry Reed**<br>**612-374-5858** |
| | **vs CV 00-2110 RHK/JMM**<br>**JURY** | |
| | **City of St. Paul etal** | **Pierre N. Regnier**<br>**651-290-6500** |

| | | |
|---|---|---|
| 4. | Kathy Heisler<br><br>vs CV 00-2749 RHK/JMM<br>JURY<br><br>Metropolitan Council Transit<br>Operations etc. | Beth Bertelson<br>612-373-9832<br><br><br><br>Thomas Marshall<br>612-341-8131 |
| 5. | Daniel Bonnell etc.<br><br>vs CV 00-2651 RHK/SRN<br>COURT<br><br>Marshall Public School<br>District No. 413<br>etal | Margaret O'Sullivan Kane<br>651-222-8611<br><br><br><br>Scott Anderson<br>612-339-0060 |
| 6. | Rory Chavez<br><br>vs CV 01-27 RHK/JMM<br>COURT<br><br>City of St. Paul<br>etal | William Walker Jr.<br>612-821-0094<br><br><br><br>Frank E. Villaume III<br>651-266-8770 |

7. **United States of America** **Lizabeth McKibben**
**612-664-5600**

**vs CV 01-603 RHK/JMM**
**COURT**

**$26,000.00 In US Currency**
**-----**

**Yong Mansfield** **Charles Hawkins**
**612-339-6921**