**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Daniel Bonnell, by and through his parents,
Robet and Suzanne Bonnell,

Plaintiff,

Civil No. 00-2651 (RHK/SRN)

vs.

**<u>O R D E R</u>**

Marshall Public School District No. 413,
Marshall Board of Education, Lorne Sill,
in her personal capacity,

Defendants.

---

Defendant's Motion for Summary Judgment, scheduled for hearing before the undersigned on November 2, 2001, is referred to Magistrate Judge Susan Richard Nelson for a recommended disposition. The established briefing schedule remains in effect. The November 2, 2001 hearing is **CANCELED**; Judge Nelson will advise the parties of a new hearing date.

Dated: October 15, 2001

RICHARD H. KYLE
United States District Judge

OCT 15 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK