UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Bonnell,
by and through his parents,
Robert and Suzanne Bonnell,

Plaintiffs,

vs.

Marshall Public School District No. 413,
Marshall Board of Education, and
Lorene Sill, in her personal capacity,

Defendants.

Case No. 42-C3-00-932

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT OF DISMISSAL**

IT IS HEREBY STIPULATED, by and between the parties hereto, through the respective undersigned attorneys, that the claims of the Plaintiffs against Defendant Lorene Sill may be and are hereby dismissed on their merits, with prejudice but without costs or disbursements or attorneys' fees to any of the parties hereto.

CENTER OF EDUCATION LAW, LTD.

By: [signature]
Margaret O'Sullivan Kane
607 Grand Avenue, Suite 200
St. Paul, MN 55102
(651) 222-8611
Attorney for Plaintiff

Date: 14 Feb. '02

RATWIK, ROSZAK & MALONEY, P.A.

By: Scott T. Anderson [signature]
Scott T. Anderson
Erin K. Munson
730 Second Ave. S., Suite300
Minneapolis, MN 55402
Attorneys for Defendants

Date: February 12, 2002.

FEB 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 22 2002
DEPUTY CLERK

## ORDER FOR JUDGMENT OF DISMISSAL

Pursuant to the Stipulation of Dismissal between the parties as completed above,

IT IS HEREBY ORDERED, that judgment shall be entered dismissing the Plaintiffs' claims against Defendant Lorene Sill on their merits, with prejudice, and without costs, disbursements or attorneys' fees to any party.

LET JUDGEMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Date: 2/22/02

Honorable Richard H. Kyle

RRM:29259/rdp