UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Bonnell,
by and through his parents,
Robert and Suzanne Bonnell,

Plaintiffs,

vs.

Marshall Public School District No. 413,
Marshall Board of Education, and
Lorene Sill, in her personal capacity,

Defendants.

Civil File No. 00-2651 (RHK/SRN)

**ORDER APPROVING MINOR SETTLEMENT**

Upon the foregoing petition and upon all of the files, records and proceedings here, the above-named parents and guardians, Robert and Suzanne Bonnell, having appeared personally before the undersigned, the Court having made inquiries of Robert Bonnell and having duly considered all of the foregoing,

**IT IS ORDERED**:

1. That the plaintiffs, the parents and guardians of Daniel, the minor is authorized to accept on behalf of Daniel the sum of Thirty Thousand Dollars ($30,000.00) in full settlement and satisfaction of all monetary claims of Daniel and to execute a release discharging the District from any and all liability to Daniel for claims which Daniel asserted or could have asserted arising out of the incidents that occurred on District property as set forth in the proposed Settlement Agreement and Release between plaintiffs, defendants and defendants' insurer attached to the Petition as Exhibit A;

2. That the defendant or its insurer is ordered to immediately issue a cheque in the amount of Thirty Thousand Dollars ($30,000.00) payable to the Plaintiffs and deliver it to Plaintiffs;

3. That upon receipt of the settlement cheque, the parties are ordered to immediately execute the Settlement Agreement and Release attached to the Petition as Exhibit A;



MAR 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. In lieu of filing of a bond, that Plaintiffs are directed to deposit the balance in the amount of Twenty Thousand Dollars ($20,000.00) on behalf of Daniel into a Custodial Account at Minnesota Building Trades Federal Credit Union and shall be expended on Daniel's behalf with an annual accounting to the Court;

5. Authorizing the plaintiffs to pay out from the Thirty Thousand Dollars ($30,000.00) the sum of Ten Thousand Dollars ($10,000.00) in attorneys' fees and costs to the Center for Education Law, Ltd. for the representation of the Plaintiffs in the above-captioned proceeding; and. No other fees and costs will be due.

6. That at the time of making the deposit, plaintiffs shall supply a tax identification number or social security number for Daniel to the Minnesota Building Trades Federal Credit Union, Maple Grove, Minnesota. Plaintiffs shall file or cause to be filed timely state and federal income tax returns on behalf of Daniel.

Dated March 12, 2002

BY THE COURT,

Susan Richard Nelson

The Honorable Susan Richard Nelson
Magistrate Judge of United States District Court