UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Daniel Bonnell,
by and through his parents,
Robert and Suzanne Bonnell,

Plaintiffs,

vs.

Marshall Public School District No. 413,
Marshall Board of Education, and
Lorene Sill, in her personal capacity,

Defendants.

Civil File No. 00-2651 (RHK/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT OF DISMISSAL**

---

IT IS HEREBY STIPULATED, by and between the parties hereto, through the respective undersigned attorneys, that the claims of the Plaintiffs against Defendants Marshall Public School District No. 413 and the Marshall Board of Education may be and are hereby dismissed on their merits, with prejudice but without costs or disbursements or attorneys' fees to any of the parties hereto.

CENTER OF EDUCATION LAW, LTD.

By: ______________________
Margaret O'Sullivan Kane
607 Grand Avenue, Suite 200
St. Paul, MN 55102
(651) 222-8611
Attorney for Plaintiff

Date: 12 March. 02

RATWIK, ROSZAK & MALONEY, P.A.

By: Scott T. Anderson
Scott T. Anderson
Erin K. Munson
730 Second Ave. S., Suite 300
Minneapolis, MN 55402
Attorneys for Defendants

Date: March 12, 2002.

FILED MAR 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 14 2002
DEPUTY CLERK

**ORDER FOR JUDGMENT OF DISMISSAL**

Pursuant to the Stipulation of Dismissal between the parties as completed above,

IT IS HEREBY ORDERED, that judgment shall be entered dismissing the Plaintiffs' claims against Defendants Marshall Public School District No. 413 and Marshall Board of Education on their merits, with prejudice, and without costs, disbursements or attorneys' fees to any party.

LET JUDGEMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Date: 3/14/02

Honorable Richard H. Kyle

RRM: 31507/cos