Mr. & Mrs. Robert B. Bonnell
\8273-157th Street, West
Apple Valley, MN 55124
(952) 431-3419

April 01, 2005

Magistrate Judge Susan Richard Nelson
United States District Court,
316 North Robert Street,
Sat. Paul, MN 55101

CV-00-2651 RHK/SRN

Re: Daniel R. Bonnell
Civil File No. 42-C3-00-932

RECEIVED
05 APR -6 PM 3:45
CLERK, U.S. DIST. COURT
ST. PAUL, MN

Dear Magistrate Judge Nelson:

Enclosed please find a copy of Form 1040 that we filed on behalf of our son Daniel R. Bonnell. We paid his taxes with check # 7151 dated 3/23/05 for $ 8.00 to MN Revenue and check # 7152 dated 3/23/05 for $ 16.00 for IRS. Our CPA is:

Mr. Mike Casey, CPA
Casey, Menden, Faust & Nelson P.A.
8585 W. 78th Street, Suite # 202
Bloomington, MN 55438-1000
(952) 946-7900

Should you need any additional information please feel free to contact us at any time. We hope that you had a nice holiday season.

Sincerely,

Suz M Bonnell
Suzanne M. Bonnell
em/encl.

RECEIVED
APR 06 2005
U.S. DISTRICT COURT
S.R.N.

SCANNED
APR 06 2005
U.S. DISTRICT COURT ST. PAUL

# Two-Year Comparison Worksheet

**2004**

Name(s) as shown on return: DANIEL R. BONNELL

Social security number: 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

2003 Filing Status SINGLE | 2004 Filing Status SINGLE

2003 Tax Bracket 10.0% | 2004 Tax Bracket 10.0%

| Description | Tax Year 2003 | Tax Year 2004 | Increase (Decrease) |
|---|---|---|---|
| SCHEDULE B - TAXABLE INTEREST | 928. | 972. | 44. |
| TOTAL INCOME | 928. | 972. | 44. |
| ADJUSTED GROSS INCOME | 928. | 972. | 44. |
| STANDARD DEDUCTION | 750. | 800. | 50. |
| INCOME BEFORE EXEMPTIONS | 178. | 172. | -6. |
| TAXABLE INCOME | 178. | 172. | -6. |
| TAX | 19. | 16. | -3. |
| TAX BEFORE CREDITS | 19. | 16. | -3. |
| TAX AFTER NON-REFUNDABLE CREDITS | 19. | 16. | -3. |
| TOTAL TAX | 19. | 16. | -3. |
| BALANCE DUE | 19. | 16. | -3. |
| MINNESOTA STATE RETURN | | | |
| TAXABLE INCOME | 178. | 172. | -6. |
| TAX | 9. | 8. | -1. |
| BALANCE DUE | 9. | 8. | -1. |

Form **8879**

Department of the Treasury
Internal Revenue Service

# IRS e-file Signature Authorization

▶ **Do not send to the IRS. Keep this form for your records.**
▶ **See instructions.**

OMB No. 1545-1758

**2004**

Declaration Control Number (DCN) ▶ 00 - 410909 - 03493 - 5

Taxpayer's name: DANIEL R. BONNELL — Social security number: 604 | 34 | 8024

Spouse's name — Spouse's social security number

**Part I** **Tax Return Information - Tax Year Ending December 31, 2004** (Whole Dollars Only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 37; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 972. |
| 2 | Total tax (Form 1040, line 62; Form 1040A, line 38; Form 1040EZ, line 10) | 2 | 16. |
| 3 | Federal income tax withheld (Form 1040, line 63; Form 1040A, line 39; Form 1040EZ, line 7) | 3 | |
| 4 | Refund (Form 1040, line 72a; Form 1040A, line 45a; Form 1040EZ, line 11a) | 4 | |
| 5 | Amount you owe (Form 1040, line 74; Form 1040A, line 47; Form 1040EZ, line 12) | 5 | 16. |

**Part II** **Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2004, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the return or refund, and **(d)** the date of any refund. If applicable, I acknowledge that I have read the Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return and I agree to the provisions contained therein. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize CASEY, MENDEN, FAUST & NELSON, P. (**ERO firm name**) to enter my PIN 1 2 3 4 5 (**do not enter all zeros**) as my signature on my tax year 2004 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2004 electronically filed income tax return. Check this box **only** if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

CLIENT COPY

Your signature ▶ ______ Date ▶ 03/23/2005

**Spouse's PIN: check one box only**

[ ] I authorize ______ (**ERO firm name**) to enter my PIN ______ (**do not enter all zeros**) as my signature on my tax year 2004 electronically filed income tax return.

[ ] I will enter my PIN as my signature on my tax year 2004 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part **III** below.

Spouse's signature ▶ ______ Date ▶ ______

## Practitioner PIN Method Returns Only - continue below

**Part III** **Certification and Authentication - Practitioner PIN Method Only**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit PIN. 4 1 0 9 0 9 1 2 3 4 5
**do not enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the tax year 2004 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Publication 1345,** Handbook for Authorized *e-file* Providers.

ERO's signature ▶ ______ Date ▶ ______

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

LHA For Privacy Act and Paperwork Reduction Act Notice, see instructions. Form 8879 (2004)

419995 10-27-04

1.1

3440323 766759 BONNELLDMAC 2004.05010 BONNELL, DANIEL R. BONNELL1

Ms. Suzanne Bonnell
8273 157TH St W
Apple Valley, MN 55124-7052




To:

Magistrate Judge Susan R. Nelson
United States District Court,
316 N. Roberts Street,
St. Paul, MN. 55101

55101+1495