UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Bonnell,
by and through his parents,
Robert and Suzanne Bonnell,

Civil No. 00-2651 RHK/SRN

Plaintiffs,

v.

ORDER

Marshall Public School District No. 413,
Marshall Board of Education, and
Lorene Sill, in her personal capacity,

Defendants.

---

On March 12, 2002, the Court entered an Order Approving Minor Settlement on behalf of Daniel Bonnell. On January 19, 2006, Daniel's parents, Robert and Suzanne Bonnell, submitted a letter to the Court requesting a $5,000 advance on Daniel's Certificate of Deposit, said funds to be used for a three-week foreign exchange program trip to Japan. The Court has considered this request and agrees that the advance should be allowed.

IT IS HEREBY ORDERED THAT:

Robert and Suzanne Bonnell are permitted to withdraw $5,000 from Minnesota Building Trades Federal Credit Union Certificate of Deposit No. 7022 belonging to Daniel Ryan Bonnell.

Dated: February 15, 2006

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge