UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Bonnell,
by and through his parents,
Robert and Suzanne Bonnell,

Civil No. 00-2651 RHK/SRN

Plaintiffs,

v.

ORDER

Marshall Public School District No. 413,
Marshall Board of Education, and
Lorene Sill, in her personal capacity,

Defendants.

---

On March 12, 2002, the Court entered an Order Approving Minor Settlement on behalf of Daniel Bonnell. On July 20, 2006, Daniel's parents, Robert and Suzanne Bonnell, submitted a letter to the Court requesting a $3,500 advance on Daniel's Certificate of Deposit, said funds to be used to purchase a used car for Daniel's use to get to and from work and school. The Court has considered this request and agrees that the advance should be allowed.

IT IS HEREBY ORDERED THAT:

Robert and Suzanne Bonnell are permitted to withdraw $3,500 from Minnesota Building Trades Federal Credit Union Certificate of Deposit No. 7022 belonging to Daniel Ryan Bonnell.

Dated: July 25, 2006

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge